UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARRY COFFMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  4:06CV01027 ERW |
| | ) |
| ALAN BLAKE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that this Court erroneously applied 28 U.S.C. § 1915(g) to this case. This Court's August 2, 2006 Order [doc. #4] is **VACATED**.

Dated this 3rd day of August, 2006.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE